**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PLAYBOY ENTERPRISES INTERNATIONAL, INC.,**

        **Plaintiff,**

-vs-                                Case No.  6:04-cv-1116-Orl-28KRS

**LAMBDA OMEGA CHAPTER OF KAPPA ALPHA PSI FRATERNITY, INC., et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT (Doc. No. 41)**
>
> **FILED:**      **February 2, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

On June 2, 2005, Plaintiff Playboy Enterprises International, Inc., filed a notice of voluntary dismissal without prejudice of its claims against Defendants Omicron Gamma Chapter of Kappa Alpha Psi Fraternity, Inc., Omicron Eta Chapter of Kappa Alpha Psi Fraternity, Inc., Frantz Aboubaker, and Travis Jeremy Bishop.  Doc. No. 45.  Thus, the motion for entry of default judgment is moot.

**DONE** and **ORDERED** in Orlando, Florida on June 2, 2005.

                                        *Karla R. Spaulding*
                                       KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties